IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STANLEY W. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.1:07CV771-SRW |
| | ) | (WO) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff brought the present action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying him benefits under the Social Security Act.  On November 10, 2008, this court reversed the decision and remanded the case for further proceedings pursuant to sentence four of § 405(g).  Plaintiff has filed an application for an award of attorneys fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).  Plaintiff's application, as amended, seeks fees in the total amount of $5,087.56 and costs in the amount of $350.00.  The Commissioner does not contest the petition and requests that this court award fees and costs in the amount sought by plaintiff's counsel.  Upon an independent review of the record, the court concludes that the position of the Commissioner in this litigation was not substantially justified, and further that the amount of fees sought by plaintiff's counsel is reasonable.

For the foregoing reasons, it is

ORDERED that the plaintiff's motion for attorney fees (Doc. # 25) is GRANTED, and

plaintiff is awarded EAJA fees in the total amount of $5,087.56 and costs in the amount of

$350.00, payable to plaintiff's counsel, Georgia Ludlum."[1]

Done, this 9th day of March, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] See Plaintiff's fee agreement, including an assignment of EAJA fees, attached to Doc. # 25.